Louis EISEN et al. v. Charles A. BAUDOU-INE et al. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion denied, with $10 costs. Order filed.

Joseph ELIAS, appellant, v. PARAGON FILMS, Inc., respondent. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) The second counterclaim does not state a cause of action, and the demurrer to it should be sustained. Buhler Co. v. New York Dock Co., 170 App. Div. 486, 156 N. Y. Supp. 457. The demurrer to the first counterclaim should be overruled, as the defendant may offset the sum properly paid by it to finish the work pursuant to the contract. The order is modified accordingly, and, as so modified, affirmed, without costs. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

ELMOHAR CO., Respt., v. Frank HAS-BROUCK and another, Applts. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

William T. EMMET, as Supt., etc., Applt., v. WASHINGTON SAVINGS BANK, impld., etc., Respt. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

EMPIRE CARTING CO. v. ALPHA PORT-LAND CEMENT CO. (two cases). (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motions to dismiss appeal granted, with $10 costs. Orders filed.

ENGLISH LUMBER CO. v. M. MOSSON CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application denied, with $10 costs. Order signed.

George W. ERLAND v. Granville GIBBONS. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application granted. Order signed.

Arthur G. ERLANGER, respondent, v. Harriet E. ERLANGER, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Motion for stay denied, without costs.

Jennie EVANS v. Hulbert T. E. BEARDS-LEY. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application denied, with $10 costs. Order signed.

EVENING HERALD COMPANY, Respondent, v. Willis Sharpe KILMER and Jerome B. Hadsell, Appellants. (Supreme Court, Appellate Division, Third Department. December, 1915.) Sent to Fourth Department. See Code Civ. Proc. § 231, as amended by Laws 1915, c. 553. See, also, 159 N. Y. Supp. 251.

Herman H. FAJEN and another v. HUDSON TRANSPORTATION CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application granted. Order signed.

George W. FALCON, applt., v. OTTAWA TRANSP. CO., Limited, respt. (Supreme Court, Appellate Division, Third Department. September 28, 1916.) Motion denied.

In the Matter of Cornelius J. FARLEY. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion granted. Referred to Hon. Henry A. Gildersleeve. Settle order on notice.

William W. FARLEY, as State Commissioner of Excise, etc., applt., v. Basilio BATTAG-LIA and U. S. Fidelity & Guaranty Co., respts. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Motion granted, and appeal dismissed, with costs.

John M. FARLEY, respondent, v. VILLAGE OF LONG BEACH, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

John FARSON et al. v. CROISIE REALTY CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion denied, with $10 costs. Order filed.

Herman FELDMAN, Respondent, v. WASH-BURN WIRE COMPANY, Appellant. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Appeal from Trial Term, New York County. Action by Herman Feldman against the Washburn Wire Company. From a judgment for plaintiff on the verdict, and from an order denying a motion for a new trial, defendant appeals. Reversed and remanded.

PER CURIAM. There is no claim of negligence on the ground that the machine was not properly guarded. The verdict of the jury that the plaintiff was free from contributory negligence and that the defendant was chargeable with negligence is against the weight of the evidence. The findings of the jury are reversed and the judgment reversed and a new trial granted, with costs to the appellant to abide the event. Order filed.

Anna FENN, respondent, v. Marie KIR-STEIN, appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion to dismiss appeal granted, with $10 costs.

In the matter of the application of George R. FENTON and Lee J. Frisbee to lay out a highway in the town of Andes, Delaware county, and to discontinue a highway in said town. Chloe A. Brotherton, applt. (Supreme Court,

Appellate Division, Third Department. June 30, 1916.) Order amended, nunc pro tunc, so as to read as follows: Order reversed, and petition dismissed, without costs. Opinion by Kellogg, P. J. All concur, except Howard, J., dissenting.

Dorothy Ethel FERRIL, an infant, etc., by James P. Ferril, her guardian ad litem, respondent, v. LECHTMAN LAUNDRY COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

FIDELITY & DEPOSIT COMPANY of Maryland, appellant, v. QUEENS COUNTY TRUST COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion denied, with $10 costs.

Adela FILIPOWICZ, an infant, etc., by Mary Filipowicz, her guardian ad litem, respondent, v. AMERICAN MANUFACTURING COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) From plaintiff's testimony, confirmed by that of her mother, the jury were warranted in finding that she had been employed in defendant's factory when under the age of 15, and without the "employment certificate" required by sections 70 and 71 of the Labor Law (Consol. Laws, c. 31). Although testimony was given to the effect that she had then represented herself as 17, we cannot say that such evidence was so strong and convincing as to require the jury to accept it against plaintiff's denials. It was not disputed that after five months' duty as a doffer girl, which involves merely lifting off the filled spools and placing others on the machine, the plaintiff was directed to run the machine herself, without instruction as to its working, or any warnings against the dangers of picking out jute from the moving cogwheels or compression rollers, by which attempt she lost part of the right index finger. The printed notices posted against employés repairing machines in motion, or putting their hands on rollers in motion, were properly before the jury, but were not controlling. We find no error in the rulings or charge of the court. Judgment and order unanimously affirmed, with costs.

Beatrice FINKELSTEIN v. Nathan FINKELSTEIN. (Supreme Court, Appellate Division, First Department. February, 1916.) Motion granted. Memorandum per curiam. Order to be settled on notice.

Charles W. FISK, as adm'r, etc., plff., v. CENTRAL BANK OF ROCHESTER, deft. (Supreme Court, Appellate Division, Fourth Department. October 11, 1916.) Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs. All concur.

Clara FLATTERY v. Julia W. LAWRENCE. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application denied, with $10 costs. Order signed.

Clara FLATTERY v. Julia W. LAWRENCE. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion denied, with $10 costs. Order filed.

Annette Ewart Schwarz FLEISCHER, respondent, v. Ernst Albert FLEISCHER, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) The undisputed and unexplained facts burden plaintiff's application with at least this infirmity: She is amply able financially to prosecute her suit and to support herself during its pendency. Collins v. Collins, 80 N. Y. 1; Lake v. Lake, 194 N. Y. 179, 87 N. E. 87. Order reversed, and motion denied, without costs. Jenks, P. J., and Carr, Stapleton, Mills, and Rich, JJ., concur.

Bernard FLIASCHNICK v. Martin J. BURKE et al. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion granted, unless appellant complies with terms of order. Order filed.

Richard FLYNN, an infant, etc., appellant, v. YONKERS RAILROAD COMPANY, respondent, and another, defendant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion for reargument granted, and case set down for Wednesday, November 8, 1916.

Eleanor B. FOX, etc., v. Katharine O'BRIEN, indiv., etc., et al. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion denied, with $10 costs. Order filed.

Agnes FRAWLEY, respt., v. NEW YORK, ONTARIO & WESTERN RAILWAY CO. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Motion for leave of appeal to Court of Appeals denied, with $10 costs.

Fred F. FRENCH et al. v. Edward J. KNAPP, impld., etc. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

Hattie FREW, respondent, v. Frank W. LILLEY, appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Application denied, with $10 costs.

Oscar FRIED, plaintiff, v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, defendant. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Motion denied, with $10 costs.

Joseph L. FRIEDER v. Alexander ALDERMAN. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application denied, with $10 costs. Order signed.